February 25, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ELEFTHERIOS KALDIS, A/K/A TED KALDIS, AND MONICA KALDIS,
Appellants

NO. 14-12-00542-CV            V.

AURORA LOAN SERVICES, Appellee

_____

       This cause, an appeal from the judgment in favor of appellee Aurora Loan Services, signed, May 18, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order that the portions of the judgment that address the appellants' wrongful-foreclosure claims and their related claims for declaratory relief are **REVERSED** and ordered severed and **REMANDED** for proceedings consistent with this court's opinion. Further, we find no error in the remainder of the judgment and order it **AFFIRMED**. For good cause, we order appellants, Eleftherios Kaldis, a/k/a Ted Kaldis, and Monica Kaldis, jointly and severally, to pay one-half of all costs incurred in this appeal, and we order appellee Aurora Loan Services to pay one-half of all costs incurred in this appeal. We further order this decision certified below for observance.